BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Acting Regional Chief Counsel, Region IX
Social Security Administration
THEOPHOUS H. REAGANS, SBN CA 189450
Special Assistant United States Attorney

   160 Spear Street, Suite 800
   San Francisco, California 94105
   Telephone:  (415) 977-8943
   Facsimile:  (415) 744-0134
   theophous.reagans@ssa.gov

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | | |
|---|---|---|
| JERE LEE BOHANNON, | ) | 2:12-CV-01238-LKK-CKD |
| | ) | |
| Plaintiff, | ) | STIPULATION AND |
| | ) | ORDER TO EXTEND TIME |
| v. | ) | |
| | ) | |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner of Social | ) | |
| Security, | ) | |
| | ) | |
| Defendant. | ) | |

     The parties, through their respective counsel, stipulate that the time for Defendant to respond to Plaintiff's motion for summary judgment be extended from October 31, 2012 to November 30, 2012.  Defendant needs the extension to conduct further review of the defensibility of the ALJ's decision.

     All other dates in the Court's Scheduling Order are extended accordingly.

///

///

///

This is Defendant's first request for an extension of time to respond to Plaintiff's motion.

                                                  Respectfully submitted,

Dated: October 30, 2012          *Sengthiene Bosavanh*
                                            (Authorized via telephone)
                                            SENGTHIENE BOSAVANH
                                            Attorney for Plaintiff

Dated: October 30, 2012          BENJAMIN B. WAGNER
                                            United States Attorney

                                            *Theophous H. Reagans*
                                            THEOPHOUS H. REAGANS
                                            Special Assistant U.S. Attorney

                                            Attorneys for Defendant

**IT IS SO ORDERED:**

Dated: November 1, 2012

                                            _____
                                            CAROLYN K. DELANEY
                                            UNITED STATES MAGISTRATE JUDGE